United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 13-27008-TBM
Daniel Shelby Lynn Lockman                                      Chapter 7
Rebecca Elise Lockman
          Debtors

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: turnerp            Page 1 of 1             Date Rcvd: Apr 24, 2015
                              Form ID: 228New          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2015.
db/db         Daniel Shelby Lynn Lockman,    Rebecca Elise Lockman,    240 Blue Spruce Ln,
               Loveland, CO  80538-4618
cr           +Bellco Credit Union,    c/o John A. Lobus, esq.,    710 Kipling St.,   Ste. 402,
               Lakewood, CO 80215-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2015 at the address(es) listed below:
              Brenna M. Francy    on behalf of Creditor   Westerra Credit Union bfrancy@francylawfirm.com,
               heather@francylawfirm.com
              John A. Lobus    on behalf of Creditor   Bellco Credit Union LobusLaw@aol.com
              Kimberley H. Tyson    trustee@irelandstapleton.com, CO08@ecfcbis.com
              Kimberley H. Tyson    on behalf of Trustee Kimberley H. Tyson trustee@irelandstapleton.com,
               CO08@ecfcbis.com
              Kurtis L. Loomis    on behalf of Debtor Rebecca Elise Lockman kurtis@kloomis.com
              Kurtis L. Loomis    on behalf of Debtor Daniel Shelby Lynn Lockman kurtis@kloomis.com
              US Trustee, 7    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7

(COB #228New voApp4CompReimExpNew)(03/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado,
HONORABLE Thomas B. McNamara

In re:

    Daniel Shelby Lynn Lockman
    Rebecca Elise Lockman

Debtor(s)

Case No.:   13−27008−TBM
Chapter:    7

SSN/TID
Nos.   xxx−xx−2150
      xxx−xx−0750

**ORDER APPROVING APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

    The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

    Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

Dated:  4/24/15

BY THE COURT:

s/ Thomas B. McNamara
United States Bankruptcy Judge